42 So.2d 494

### Adolph SMITHERMAN v. STATE.

5 Div. 478.

Supreme Court of Alabama.
Oct. 13, 1949.

J. B. Atkinson, of Clanton, for petitioner.

A. A. Carmichael, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., opposed.

BROWN, Justice.

We have examined the opinion of the Court of Appeals and find no error in the rulings therein made.

The application for the issuance of the writ of certiorari is, therefore, denied.

Writ denied.

FOSTER, LAWSON and SIMPSON, JJ., concur.